### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARK RICHARD,** | * | **CIVIL ACTION** |
|     Plaintiff | * | |
| | * | **NO. 17-9703** |
| **VERSUS** | * | |
| | * | **JUDGE FELDMAN** |
| | * | |
| **ST. TAMMANY PARISH SHERIFF'S** | * | **MAG. JUDGE VAN MEERVELD** |
| **DEPARTMENT,** | * | |
|     Defendant | * | **JURY DEMAND** |

**************************************************************************

### SECOND MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Sheriff Randy Smith and herewith moves to dismiss with prejudice the Second Amended Complaint[1] filed by plaintiff, Mark Richard, pursuant to Federal Rule of Civil Procedure 56. There are no genuine issues of material fact and Plaintiff is unable to meet his burden of proof to support any of his claims; accordingly, Plaintiff's complaint against Sheriff Smith should be dismissed, with prejudice, at Plaintiff's cost. The grounds for this motion are more fully discussed in the attached memorandum in support.

[THIS SECTION INTENTIONALLY LEFT BLANK]

---

[1] R. Doc. 20.

89809/44501

Respectfully submitted,

**MILLING BENSON WOODWARD, LLP**

*s/ Chadwick W. Collings*
**CHADWICK W. COLLINGS, T.A.      (#25373)**
**CODY J. ACOSTA                              (#37005)**
**68031 Capital Trace Row**
**Mandeville, LA 70471**
**Telephone     (985) 292-2000**
**Fax                (985) 292-2001**
**Email:           ccollings@millinglaw.com**
*Attorneys for St. Tammany Parish Sheriff Randy Smith*

**DATED: March 13, 2019**